# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DIVISION

| | |
|---|---|
| CINCH ENERGY SERVICES, LLC, § <br> *Appellant* § <br> § | Case No. 5:24-cv-01170-XR |
| v. § <br> § | Bankruptcy Case No. 23-51742-cag |
| MICHAEL R. MENDIETTA; JUSTIN § <br> SPRENCEL, § <br> *Appellees* § | Chapter 7 |

## FINAL JUDGMENT

This bankruptcy appeal was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

For the reasons stated in the Order issued on this date, this case is **REMANDED** to the bankruptcy court and the appeal is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 6th day of January, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1